**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **16–36934**
**DIRECT MEDIA POWER, INC.**

                 Debtor

Adversary Proceeding No. **17–00023**
**DIRECT MEDIA POWER, INC.**

                 Plaintiff

v.

**RADIO ONE, INC.**

                 Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** RADIO ONE, INC.

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Neal L Wolf**<br>**227 W. Monroe Street**<br>**Suite 3650**<br>**Chicago, IL 60606** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**02/22/2017 at 10:30AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

01 / 17 / 2017

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012